RS: USAO 2026R00242

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. RDB-26-171 |
| v. | (Sexual Exploitation of a Child, 18 U.S.C. § 2251(a); Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B); Forfeiture, 18 U.S.C. § 2253, 21 U.S.C. § 853(p), 28 U.S.C. § 2461(c)) |
| SIMONE UNADREA AVERY, | |
| Defendant. | |

## INDICTMENT

### COUNT ONE
(Sexual Exploitation of a Child)

The Grand Jury for the District of Maryland charges that:

On or about April 23, 2024, in the District of Maryland, the defendant,

**SIMONE UNADREA AVERY,**

did knowingly attempt to and did employ, use, persuade, induce, entice and coerce a prepubescent minor female to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct, such visual depictions were produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, two image files that depict the exposed genitalia of a prepubescent female, said image files having been stored on an iPhone 12 Pro Max, IMEIs 354245338343695 and 354245338945457, manufactured outside of the United States.

18 U.S.C. § 2251(a), (e)

1

## COUNT TWO
(Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about May 19, 2025, in the District of Maryland, the defendant,

### SIMONE UNADREA AVERY,

did knowingly possess any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which image had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant possessed an iPhone 12 Pro Max, IMEIs 354245338343695 and 354245338945457, which contained one or more visual depictions of a prepubescent minor engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B) & 2256

## COUNT THREE
(Possession of Child Pornography)

The Grand Jury for the District of Maryland further charges that:

On or about May 19, 2025 in the District of Maryland, the defendant,

**SIMONE UNADREA AVERY,**

did knowingly possess any material that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), which image had been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, the defendant possessed a UnionSine External Hard Drive, S/N US2404387346, which contained one or more visual depictions of a prepubescent minor engaged in sexually explicit conduct.

18 U.S.C. §§ 2252A(a)(5)(B) & 2256

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1.    Pursuant to Fed. R. of Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 2253, 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c) as a result of the defendant's conviction under any of the offenses set forth in Counts One through Three of this Indictment.

### Child Exploitation Forfeiture

2.    Upon conviction of any of the offenses in Counts One through Three of this Indictment, the defendant,

### SIMONE UNADREA AVERY,

shall forfeit to the United States, pursuant to 18 U.S.C. § 2253(a):

a.    any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, or 2252A, 2252B, or 2260 or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, received or possessed in violation of Title 18, United States Code, Chapter 110;

b.    any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

c.    any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

### Property Subject to Forfeiture

3.    The property to be forfeited includes, but is not limited to, the following:

a.    iPhone 12 Pro Max, IMEIs 354245338343695 and 354245338945457; and

b.    UnionSine External Hard Drive, S/N US2404387346.

4

**Substitute Assets**

5.      If the property described above, as a result of any act or omission of the defendant:

     a.      cannot be located upon the exercise of due diligence;

     b.      has been transferred or sold to, or deposited with, a third party;

     c.      has been placed beyond the jurisdiction of the Court;

     d.      has been substantially diminished in value; or

     e.      has been commingled with other property that cannot be subdivided without difficulty

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b) and 28 U.S.C. § 2461(c).

18 U.S.C. § 2253
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)

_Kelly D. Hayes/rs_
Kelly O. Hayes
United States Attorney

**SIGNATURE REDACTED**

Foreperson

Date: May 20 , 2026